**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 09 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DIVISION**
**CASE NO.** 4:23-cv-00534-LPR-JTK
**Jury Trial:** ☐ Yes ☐ No
**(Check One)**

**I. Parties**

In item A below, place your full name in the first blank and place your present address in the second
blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Ricardo Thomas
ADC # 112671   Booking # 35689   Jacket # 7905
Address: 82 Columbia Rd 300 Magnolia, Ar 71753 — 641 Navack 8 Waldo, Ar 71770

Name of plaintiff: Dale Evan Miley
ADC # Booking # 36149   Jacket # 135813
Address: 82 Columbia Rd 300 Magnolia, Ar 71753 — 216 South Pine ST Magnolia, Ar 71753

Name of plaintiff: Henry Cooper
ADC # 88353
Address: 1412 West 13th ST Texarkana, TX 12550 — 2718 Division Ave Texarkana, Ar 71854

In item B below, place the full name of the defendant in the first blank, his official position
in the
second blank, his place of employment in the third blank, and his address in the fourth
blank.

B. Name of defendant: LeRoy Martin Martin Columbia County Detention Center — Jail
Position: Sheriff
Place of employment: Columbia County Detention Center
Address: 82 Columbia Rd 300 Magnolia, AR 71753

Name of defendant: _____
Position: _____

-4-

Place of employment: _____                This case assigned District Judge **Rudofsky**
Address: _____                              and to Magistrate Judge **Kearney**
Name of defendant: _____
Position: _____
Place of employment: _____
Address: _____
Name of defendant: _____
Position: _____
Place of employment: _____
Address: _____

**II. Are you suing the defendants in:**
(☐ official capacity only)
☐ personal capacity only
☐ both official and personal capacity

**III. Previous lawsuits**
A. Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?

Franklin Broomfield   ADC#551384   Booking#35987  Jacket#7799
82 Columbia RD 300 Magnolia, AR 71753   - Jail
670 Columbia Rd 55 South  Waldo, Ar 71770 - Home

Anthony Williamson ADC#174415 Booking#35988   Jacket# 134762
82 Columbia Rd 300 Magnolia, Ar 71753   - Jail
1146 Columbia Rd 43  McNeil, AR 71752 - Home

Dylan Riley   BK# 36118   JK# 139289
82 Columbia Rd 300 Magnolia, AR 71753 - Jail
P.O. Box 191 Emerson, Ar  71740   - Home

Christopher Hartsfield   BK# 36056   JK# 139231
82 Columbia Rd 300 Magnolia, AR 71753 - Jail
911 Burntbridge Rd   Magnolia, AR 71753 - Home

Le'Kamerin Tolbert   BK# 36058   JK# 132583
82 Columbia Rd 300 Magnolia, AR 71753 - Jail

Spencer Jamerson BK# 35784  JK#  3228
82 Columbia Rd 300 Magnolia, AR 71753 - Jail

Christopher Fields   BK# 36058   JK# 132583
82 Columbia Rd 300 Magnolia, AR 71753 - Jail

Tyreke Trayvone Mitchell  BK# 35976  JK# 136901
82 Columbia Rd 300 Magnolia, AR. 71753 - Jail

Yes (No)
B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
G Parties to the previous lawsuit:
Plaintiffs: _____

_____
Defendants: _____

_____
-5-
G Court (if federal court, name the district; if state court, name the county):

_____
G Docket Number: _____
G Name of judge to whom case was assigned: _____
G Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
G Approximate date of filing lawsuit: _____
G Approximate date of disposition: _____
IV. Place of present confinement: _____

_____
V. At the time of the alleged incident(s), were you:
(check appropriate blank)
_Yes_ in jail and still awaiting trial on pending criminal charges
_Yes_ serving a sentence as a result of a judgment of conviction
_Yes_ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _Waiting for ~~test~~ transfer to prison_

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails. Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.
A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
(Yes) No
B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
-6-
(Yes) No
If not, why? _____

_____
VII. Statement of claim

Sevral of us have been to medical with illesness conserning headaches, breathing problems, anxiety, mental anguish. In doing this we hope no repertoire actions be taken against us. The plumbing has deteriorated to the point that waste water is seeping from underneath the toilet in pod one. Also no sink to wash our face or brush our teeth. Black mold can be seen on the cender block walls. Our attempts to resolve the matter go no further than Gean Sieger the jail administrator. Sevral attempts to retain a 1983 form has been denied.

# Quorum Court funds new jail roof

**JOSHUA TURNER**
BANNER-NEWS

The Columbia County Quorum Court voted on an ordinance to replace the county jail's roof on Monday.

The ordinance appropriates $275,000 from the County Special Projects fund to the Jail Department Budget.

The ordinance calls for spending $10,000 on general supplies and $265,000 for building supplies and labor.

Sheriff Leroy Martin told Justices of the Peace during the February Quorum Court meeting that the Columbia County Detention Center is in hazardous health condition and needs to be replaced.

Martin said the roof of the



The Quorum Court discusses ordinances in May. (Joshua Turner / Banner-News)

jail has severe leaks that are leading to mold, which has spread to offices, cells and even the evidence room. He also said there is a hole in the kitchen from which prisoners could potentially escape. Additionally, much of the plumbing in the building is rusted and will need to be fixed or replaced.

One of Martin's major concerns is that people held in jail may be able to take legal action against the county for the hazardous conditions. He also noted that housing prisoners at other facilities would cost more money than repairs would.

The current detention center was built in 1999 and has had issues for years. The Quorum Court had discussed replacing the detention center in September 2021.

At the April Quorum Court meeting, Kiron Browning, vice-president of A.L. Franks Engineering, reported to the Quorum Court that during an inspection of the jail, he had discovered that the roof had reached the end of its life cycle.

No specifics were given during Monday's meeting on which company would be contracted to replace the roof.

The court unanimously voted to approve the ordinance.

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Inadequate living conditions. Black mold is in showers, walls, and air vents. Subjecting us inmates to toxic mold. The roof of the jail has severe leaks that are leading to mold. Which has spread to offices, Air vents, cells and even the evidence room. There is a hole in the kitchen from which prisoners could potentially escape. Much of the plumbing in the building is rusted and need to be fixed or replaced. Sheriff Leroy Martin has said all of this before to the Quorum Court in Magnolia, Ar. Also printed in the Banner News paper on February 22 and May 17, 2023.

-7-

VIII. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

First and formost these conditions fixed. For our pain and suffering monatary compinsation.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.
Executed on this _17_ day of _May_, 20_23_.

_Ricardo Thomas_
_Dale C. Miley_

Signature(s) of plaintiff(s)
-8-

**IMPORTANT NOTICE**
**RE: AO 240 and Privacy Policy Redaction Requirements**
(Post 1/2017)
AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the
_13th_ District of _Arkansas_
)))))
*Plaintiff/Petitioner*
v. Civil Action No.
*Defendant/Respondent*

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

Ricardo Thomas
82 Columbia Road 300
Magnolia, AR 71753-9789

LITTLE ROCK AR 720
8 JUN 2023  PM 4  L



MAIL ORIGINATED FROM A DETENTION FACILITY

Richard Sheppard United States Courthouse
500 West Capitol Avenue
Little Rock, Arkansas
72201

72201-333499